JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS W. BEEKS, | ) Case No. CV 09-2859-DMG (DTB) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 3, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1